## HOUSTON OIL CO. OF TEXAS v. VILLAGE MILLS CO.

(Supreme Court of Texas.　April 7, 1918.)

Concurring opinion.

For majority opinion, see 202 S. W. 725.

HAWKINS, J.　I concur in the order made by this court, but am not prepared to approve all that is said in the opinion by our Chief Justice.